Judge Benton

CR 03-00169 #00000003

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO   CR03-0169L |
| Plaintiff, ) | |
| v ) | MOTION FOR DETENTION ORDER |
| MATTHEW STAFFORD, ) | |
| Defendant. ) | |

The United States moves for pretrial detention of defendant, pursuant to 18 U S C § 3142(e) and (f)

1   Eligibility of Case   This case is eligible for a detention order because this case involves (check all that apply):

   ___ Crime of violence (18 U.S C. § 3156)

   ___ Maximum sentence of life imprisonment or death

   ___ 10 + year drug offense

   ___ Felony, with two prior convictions in the above categories

   _X_ Serious risk the defendant will flee

   _X_ Serious risk of obstruction of justice

2   Reason for Detention   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   _X_ Defendant's appearance as required

   _X_ Safety of any other person and the community