# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT of WASHINGTON

Monica J Benton, United States Magistrate Judge
P Voelker, Deputy Clerk

### CR03-169 L
### USA vs Matthew Stafford

Counsel for Plaintiff   Mike Lang
Counsel for Defendant   Michael Nance
Tape # B 265

*INITIAL HEARING*

Mr Lang, Mr Nance, and the defendant appear by telephone from Harborview Medical Center in Seattle, Washington, Judge Benton appears on bench at Wm Kenzo Nakamura U S Courthouse, Seattle, Washington, where this proceeding is recorded   The defendant's medical condition has precluded his appearance at the courthouse since the date of his arrest (4-26-03)

Counsel confirm they, as well as Mr Stafford, can hear the court

Defendant is advised of his rights   Defendant is advised of the charges contained in the Indictment, and potential penalties   Court reviews the Motion for Detention   Government asks detention hearing be scheduled for three days hence   Both the detention hearing and arraignment are scheduled for Wednesday, 7 May 2003 at 9 30am   Court directs Mr Nance to inform the Clerk the day prior should Mr Stafford be medically unable to attend the hearing

Mr Stafford is temporarily detained pending the detention hearing.

Court in recess



CR 03 00169 *00000004

. . . . .   . . .   . . Friday 2 May2003

