# United States District Court
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v<br><br>MATTHEW STAFFORD | APR 17 ~~ ~~ AM'03  **WARRANT FOR ARREST**<br><br>CASE NUMBER CR03-0169 L |

To     The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____MATTHEW STAFFORD____ and bring him or her forthwith to the nearest magistrate to answer a(n) INDICTMENT charging him or her with

### COUNTS 1, 2: UNLAWFUL POSSESSION OF A FIREARM

in violation of Title __18__ United States Code, Section(s) __922(g)(3), 922(g)(9) and 924(a)(2)__

| | |
|---|---|
| _H Arent-Zachary_<br>Name of Issuing Officer | _Deputy Clerk_<br>Title of Issuing Officer |
| _[signature] H. Arent-Zachary_<br>Signature of Issuing Officer | _April 17, 2003 at Seattle, Washington_<br>Date and Location |

[RSM]
Bail fixed at _____ by _____

CR 03-00169 P00000005

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Harborview Medical Center, Seattle, WA_

| DATE RECEIVED 04/17/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/30/03 | M J Allero S/A ATF | [signature] #4343 |

*Stamped: FILED LODGED ENTERED RECEIVED MAY 07 2003 WESTERN DISTRICT OF WASHINGTON AT SEATTLE CLERK U.S. DISTRICT COURT BY DEPUTY MR*