United States District Court
for the Western District of Washington

ARRAIGNMENT PROCEEDINGS
& Detention hearing

U. S. Magistrate Judge   ~~Ricardo S. Martinez~~   Monica J. Benton   ~~Mary Alice Theiler~~

Dep Clerk P Voelker             AUSA Mike Lang
Case No. CR03-169L              Def Cnsl Michael Nance
USA vs. Matthew Stafford        US Pretrial Sara Cavendish
US Probation _____           Deft present: in custody ✓
                                voluntarily ___ on bond ___
~~CR~~ Tape A 1373
Interpreter: _____           Language _____

___ True Name _____
___ Arrest Date _____

CR 03-00169 #00000006

___ Defendant waives presence        ___ Court accepts written waiver
___ Financial Affidavit reviewed     ___ Defense Counsel appointed
✗   Defendant advised Court s/he has copy of charging document
✗   Defendant waives full reading ✗ Defendant advised of charges
✗   Defendant pleads **Not Guilty** to: Indictment
✗   Trial scheduled: 7-7-03 at 9:00 before Judge Lasnik
✗   Pretrial Motions due by: 5-28-03
___ Defendant requests Discovery pursuant to Rule CrR 16
___ Government moves for detention ( ) this hearing ( ) 3 days
___ Detention hearing scheduled _____ at ___ before judge ___
✗   ~~Proceeds~~. Pretrial Report filed Under Seal
___ Government proffer ___ Defense proffer ___ Deft stipulates
___ **Defendant Ordered Detained** ___ Conditions set (see below)
✗   Conditions of Release: PR w/ Pretrial Services supervision
    Electronic Home Monitoring + additional conditions
___ Defendant Remanded ___ Temporary Order of Detention

ARRAIGNMENT MINUTES   TIME: HR 4 MIN - Arr   DATE: 5/7/03
                           9 MIN - Det