# United States District Court
## Western District of Washington

Page 1 of 2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>vs<br>**MATTHEW STAFFORD** | MAY - ▮ 2003 | **APPEARANCE BOND**<br>Case No. <u>CR03-169L</u> |

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below

- ☒ **Court Appearances.** I must appear in court at the U S Courthouse, <u>1010 5th Avenue Seattle, Washington, 9th Floor Courtroom</u>, on <u>July 7, 2003</u>, at <u>9 00 a m.</u> and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO <u>5 YEARS IMPRISONMENT AND A FINE OF $250,000.</u>**
- ☒ **No Law Violations** I must not commit a federal, state, or local crime during the period of release I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year These sentences would be consecutive to all other applicable sentences
- ☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer
- ☒ **Address.** I must furnish on this form the address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates I must report any changes in that address or telephone number to the Pretrial Services Office of the Court ( telephone number (206) 553-0553 ) within one business day
- ☒ **Restrictions on Travel.** <u>I must comply with any directions from the Pretrial Services Officer limiting my travel</u>
- ☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U S C §§ 1503, 1512, and 1513
- ☒ **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose I must report to the Office of Pretrial Services, Park Place Building, 1200 Sixth Avenue, Suite 500 Seattle, within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9 00 a m the following court day
- ☒ **Other Conditions:**
  - ✓ Submit to drug and alcohol testing, to include urinalysis, breathalyzer, sweat patch, or hand-held devices, as directed by Pretrial Services You shall not use, consume, or possess alcohol or any other product containing alcohol, including medication, unless prescribed by a physician and under the direction of Pretrial Services Obtain an evaluation for substance abuse/alcohol abuse and participate in substance abuse/alcohol counseling as directed by Pretrial Services
  - ✓ Upon discharge from Harborview Hospital, contact U S Pretrial Services immediately
    Comply with the Electronic Monitoring program under the direction of Pretrial Services Pretrial Services will coordinate the defendant's release with the U S Marshals
  - ✓ Maintain residence with/at Sue Stafford, 10632 NE 47th Place, Kirkland, WA 98003, 425/827-1887 Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services
  - ✓ You are prohibited from possessing or having access to firearms and dangerous weapons All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9 41
  - ✓ No operation of a motor vehicle without a valid operator's license and liability insurance
  - ✓ You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services
  - ✓ Clear all outstanding warrants as directed by Pretrial Services
  - ✓ No direct or indirect contact with <u>Ben Alhadeff, Wade's Gun Shop and their employees, Jessee Stockdale, Julie Lamberson</u>



CR 03-00169 #00000007

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court  I understand this appearance bond remains in effect during any proceeding on appeal or review

X _____
(Signature of Defendant)

10632 NE 47th Place, Kirkland, WA 98003
(Address)

May 7, 2003
(Date Signed)

425/827-1887
(Telephone)

Surety (if any)

_____
(Signature of Surety)

May 7, 2003
(Date Signed)

## ORDER OF RELEASE

It is therefore ORDERED

(1) Defendant shall comply with all conditions of this appearance Bond,
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court

May 7, 2003
(Dated)

_____
Monica Benton
UNITED STATES MAGISTRATE JUDGE

cc  Defendant, Defense Counsel, U S  Attorney, Marshal, Pretrial Services