PROB 12B
(01/05)

# United States District Court

for

## Western District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Matthew Stafford  **Case Number:** 2:03CR00169RSL-001

**Name of Judicial Officer:** The Honorable Robert S. Lasnik

**Date of Original Sentence:** 03/11/04  **Date of Report:** 08/25/10

**Original Offense:** Cts. 1 & 2: Unlawful Possession of a Firearm

**Original Sentence:** 72 months imprisonment; 3 years TSR

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 07/24/09

**Special Conditions Imposed:**

☒ **Substance Abuse**  ☐ Financial Disclosure  ☐ Restitution

☒ **Mental Health**  ☐ Fine  ☐ Community Service

☐ Sex Offense

☒ **Other: Submit to search**

## PETITIONING THE COURT

☐ To extend the term of supervision
☒ To modify the conditions of supervision as follows:

The defendant shall participate in the home confinement program with electronic monitoring, which may include global positioning system (GPS), as directed by the probation officer for a period of 90 days. The defendant shall pay the cost of the program.



03-CR-00169-SUMM

PROB 49
(5/97)

# United States District Court

### WESTERN District of Washington
### Docket Number: CR03-00169RSL

### Waiver of Hearing to Modify Conditions of Supervised Release

I, MATTHEW STAFFORD, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall participate in the home confinement program with electronic monitoring, which may include global positioning system (GPS), as directed by the probation officer for a period of 90 days. The defendant shall pay the cost of the program.

Witness: _____   Signed: _____
U.S. Probation Officer                                Supervised Releasee

_____
8/16/2010
Date

The Honorable Robert S. Lasnik
Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender

Page 2

## CAUSE

On August 4, 2010, Mr. Stafford submitted a urine sample at the probation office that returned with a positive response for the presence of opiates. When questioned on August 9, 2010, Mr. Stafford stated that on July 30, 2010, he missed a methadone dose and was fearful that he might become sick. To remedy this, he consumed two tablets that were reportedly methadone, though he concedes that they might have been some form of opiate based pain medication. Notably, Mr. Stafford has a significant and troubling addiction to heroin, which has prompted his commission of illegal activity in the past. To address his continued violation behavior, Mr. Stafford agreed to have his conditions modified as noted above. It is hoped that placement on location monitoring will provide additional structure and accountability, as well as serve as a punitive sanction. On the positive side, Mr. Stafford continues to be engaged in both mental health and substance abuse treatment and is reporting as directed to the probation office. It is therefore respectfully recommended that the Court modify Mr. Stafford's conditions as indicated. A signed waiver bearing Mr. Stafford's signature is attached for the Court's consideration. The Federal Public Defender's Office has been consulted regarding this modification and has posed no objection.

Respectfully submitted,

Thomas J. Fitzgerald
U.S. Probation Office

APPROVED:
William S. Corn
Chief U.S. Probation Officer

BY:
Christopher S. Luscher
Supervising U.S. Probation Officer

TJF
08/25/10

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved
☐ The Extension of Supervision as noted above
☒ The Modification of Conditions as noted above
☐ Other

Signature of Judicial Officer

Aug. 30, 2010
Date