PROB 12A
(01/05)

# United States District Court

for

Western District of Washington

FILED LODGED ——ENTERED
——RECEIVED

AUG 12 2011

BY CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Report on Offender Under Supervision

**Name of Offender:** Matthew Stafford  **Case Number:** 2:03CR00169RSL-001

**Name of Judicial Officer:** The Honorable Robert S. Lasnik

**Date of Original Sentence:** 03/11/04  **Date of Report:** 08/09/11

**Original Offense:** Cts. 1 & 2: Unlawful Possession of a Firearm

**Original Sentence:** 72 months imprisonment; 3 years TSR

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 07/24/09

**Special Conditions Imposed:**

☒ **Substance Abuse**    ☐ Financial Disclosure    ☐ Restitution

☒ **Mental Health**      ☐ Fine                   ☐ Community Service

☒ **Other: Submit to search**

---

## NONCOMPLIANCE SUMMARY

The probation officer believes that Matthew Stafford has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Being convicted of the crime of Malicious Mischief on July 8, 2011, in King County District Court, Bellevue, Washington, in violation of the general condition of supervised release that he not commit another federal, state or local crime. |

U.S. Probation Officer Action:

On May 14, 2011, Mr. Stafford was spray-painting a "mural" on a city owned property when contacted by a Bellevue, Washington, Police Officer. According to Mr. Stafford, though he had painted at this site (which was formerly owned by a railroad company) on many prior occasions without issue, the City of Bellevue now owns the property and has started enforcing the law. As he did not obtain "express permission" for his painting, Mr.



03-CR-00169-DSGNTN

Stafford was subsequently cited for Malicious Mischief 3rd degree. After pleading guilty to the charge, Mr. Stafford was sentenced on July 8, 2011, in King County District Court, case number BC0167756, to 364 days jail (all suspended), 24 months unsupervised probation, and a $250 fine. While in no way excusing Mr. Stafford's conduct (he clearly should have used better judgement and obtained permission as proscribed by law), this officer is not convinced that Mr. Stafford's intent, at least on May 14th, was to destroy property or was otherwise malicious in nature. As such, this officer is not recommending any Court action at this time. Mr. Stafford understands what he did was wrong and has accepted responsibility for his conduct, and he will be required to pay all fines and associated court costs as a result of this offense. Should he fail to do so, the Court will be notified and this supervised release violation may be re-alleged in the future.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of August, 2011.

Thomas J. Fitzgerald
U.S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and Pretrial Services Officer

BY:
Kathi Stringer
Supervising U.S. Probation Officer

TJF
08/09/11

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ No Action Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

Aug. 12, 2011
Date